Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,
            Plaintiff,

       v.

$1,101.00 IN UNITED STATES CURRENCY, more or less, and all proceeds therefrom; *et al.*

            Defendants.

CASE NO. C11-2120RSL

ORDER GRANTING STIPULATED MOTION TO STAY CIVIL CASE PENDING DISPOSITION OF RELATED CRIMINAL CASE

THIS MATTER having come before the Court on the stipulated motion of the plaintiff, United States of America, and Claimants Thuy Nugyen, Ha Nguyen, Diep Ngoc Thi Nguyen, Ngoc Xuan Nguyen, Chi Nguyen, Nhung Huynh, Thu Van Huynh, Uoc Nguyen, Anh Nguyen, and Chanh Trung Pham, for an order staying this civil forfeiture proceeding pending completion of the related criminal investigation, and the Court being fully advised in the matter, it is hereby

///
///
///
///
///
///

ORDER GRANTING STIPULATED MOTION TO STAY CIVIL PROCEEDINGS
U.S. v. $1,101.00 in U.S. Currency, *et al.*
Case No. C11-2120RSL - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

ORDERED that the stipulated motion of the parties to stay this civil forfeiture proceeding pending completion of the criminal investigation or ninety (90) days, whichever is occurs sooner, is GRANTED and this matter shall be STAYED pending further order of the Court.

DATED this 24th day of April, 2012.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

*s/Richard E. Cohen*
RICHARD E. COHEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-2242
Fax: (206) 553-6934
Email: Richard.E.C.ohen@usdoj.gov

ORDER GRANTING STIPULATED MOTION TO STAY CIVIL PROCEEDINGS
U.S. v. $1,101.00 in U.S. Currency, *et al.*
Case No. C11-2120RSL - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970